CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 13 2008

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| SHAMSIDDEEN ISIAH HATCHER, | ) | |
| Plaintiff, | ) | Civil Action No. 7:08-cv-00224 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| LT. MIKE SALYERS, et. al., | ) | By: Hon. James C. Turk |
| Defendant(s). | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1) and 28 U.S.C. § 1367(c), and is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 13th day of March, 2008.

/s/ James C. Turk
Senior United States District Judge